# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158854

*In re* I.M. LONG, Minor.

SC: 158854
COA: 344326
Oakland CC Family Division:
2017-849503-NA

_____/

On October 3, 2019, the Court heard oral argument on the application for leave to appeal the November 20, 2018 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



s1126

Clerk